# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>CARDO SYSTEMS, INC.,<br><br>　　　Defendant. | Case No. 2:18-cv-00510-JRG |

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>TERRANO, LLC,<br><br>　　　Defendant. | Case No. 2:18-cv-00512-JRG |

## **NOTICE OF JOINT LETTER**

In compliance with this Court's Standing Order Regarding Motions Under 35 U.S.C. §101, the parties submit a joint letter attached as Exhibit A, setting forth the parties' agreement that prior claim construction is not needed to inform the Court's analysis as to patentability.

Date: February 21, 2019                      Respectfully submitted,

*/s/ Kevin Gannon*
Kevin Gannon
Massachusetts State Bar No. 640931
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

Edward R. Nelson III
ed@nbafirm.com
Texas State Bar No. 00797142
**NELSON BUMGARDNER ALBRITTON P.C.**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111

Shawn Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
**NELSON BUMGARDNER ALBRITTON P.C.**
111 West Tyler Street
Longview, Texas 75601
Tel: (903) 757-8449
Fax: (903) 758-7397

**ATTORNEYS FOR THE PLAINTIFF**


*/s/ David A. Loewenstein*
Justin Kurt Truelove
TRUELOVE LAW FIRM, PLLC
100 West Houston
P.O. Box 1409
Marshall, TX 75671
Tel: (903) 938-8321
Fax: (903) 215-8510
Email: kurt@truelovelawfirm.com

David A. Loewenstein
Clyde A. Shuman
PEARL COHEN ZEDEK LATZER BARATZ LLP
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801

**Attorneys for the Defendants**

## **CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

<em>/s/ Kevin Gannon</em>                         