# EXHIBIT A



Kevin Gannon
Direct Dial: 617-456-8061
kgannon@princelobel.com

February 21, 2019

Hon. Rodney Gilstrap
United States District Court for the Eastern District of
Texas Sam B. Hall, Jr. Federal Building and United
States Courthouse 100 East Houston Street
Marshall, TX 75670

Re:   *Uniloc 2017 LLC v. Cardo Systems, Inc.*, Case No. 2:18-cv-00510-JRG (E.D. Texas)
      *Uniloc 2017 LLC v. Terrano, LLC*, Case No. 2:18-cv-00512-JRG (E.D. Texas)

Dear Judge Gilstrap:

      Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendants Cardo Systems, Inc. and Terrano, LLC respectfully submit this joint letter pursuant to the Court's Standing Order Regarding Motions under 35 U.S.C. § 101, to indicate that the parties agree that prior claim construction is not needed to inform the Court's analysis as to patentability.

      Respectfully submitted,

| | |
|---|---|
| */s/ Kevin Gannon* | */s/ David A. Loewenstein* |
| Kevin Gannon | Justin Kurt Truelove |
| Massachusetts State Bar No. 640931 | TRUELOVE LAW FIRM, PLLC |
| Aaron Jacobs | 100 West Houston |
| Massachusetts State Bar No. 677545 | P.O. Box 1409 |
| PRINCE LOBEL TYE LLP | Marshall, TX 75671 |
| One International Place, Suite 3700 | Tel: (903) 938-8321 |
| Boston, MA 02110 | Fax: (903) 215-8510 |
| Tel: (617) 456-8000 | Email: kurt@truelovelawfirm.com |
| Fax: (617) 456-8100 | |
| Email: kgannon@princelobel.com | David A. Loewenstein |
| Email: ajacobs@princelobel.com | Clyde A. Shuman |
| | PEARL COHEN ZEDEK LATZER BARATZ LLP |
| Edward R. Nelson III | 1500 Broadway, 12th Floor |
| ed@nbafirm.com | New York, NY 10036 |
| Texas State Bar No. 00797142 | Tel: (646) 878-0800 |
| NELSON BUMGARDNER ALBRITTON P.C. | Fax: (646) 878-0801 |
| 3131 West 7th Street, Suite 300 | |
| Fort Worth, TX 76107 | Attorneys for the Defendants |
| Tel: (817) 377-9111 | |
| | |
| Shawn Latchford | |
| shawn@nbafirm.com | |
| Texas State Bar No. 24066603 | |
| NELSON BUMGARDNER ALBRITTON P.C. | |
| 111 West Tyler Street | |
| Longview, Texas 75601 | |
| Tel: (903) 757-8449 | |
| Fax: (903) 758-7397 | |
| | |
| ATTORNEYS FOR THE PLAINTIFF | |

Prince Lobel Tye LLP
One International Place
Suite 3700
Boston, MA 02110
TEL: 617 456 8000
FAX: 617 456 8100

www.princelobel.com